FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-50521 |
| Plaintiff - Appellee, | D.C. No. 2:09-cr-00358-JFW-1 |
| v. | Central District of California, Los Angeles |
| JESUS ANTONIO RAMOS CERVANTES, | ORDER AMENDING OPINION |
| Defendant - Appellant. | |

Before: PREGERSON, D.W. NELSON, and IKUTA, Circuit Judges.

The opinion filed May 16, 2012, is amended as follows:

The attached photograph shall be inserted at the end of Slip Op. 5215

and entitled "Appendix A."